# NO. 12-16-00270-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JEREMIE GLEN TENNISON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator Jeremie Glen Tennison is charged with evading arrest.  He waived his right to a jury trial, and the case is set for a bench trial on September 28, 2016.  On August 23, 2016, Relator filed a motion to withdraw his waiver of jury trial and requested a pretrial hearing on the motion.  According to Relator, the court coordinator notified his attorney that the matter would be considered on the day of trial.  Relator seeks mandamus relief from the trial court's refusal to hold a pretrial hearing before September 28, 2016.  He also requested an emergency stay of the bench trial, which we denied.

After considering Relator's petition for writ of mandamus, the Court is of the opinion that he has not shown he is entitled to mandamus relief.  Accordingly, Relator's petition for writ of mandamus is ***denied***.  *See* TEX. R. APP. P. 52.8(a), (d).

Opinion delivered September 30, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 30, 2016**

**NO. 12-16-00270-CR**

**JEREMIE GLEN TENNISON,**
Relator
V.
**HON. EDWIN A. KLEIN,**
Respondent

Appeal from the 420th District Court

of Nacogdoches County, Texas (Tr.Ct.No. F1421200)

ON THIS DAY came to be heard the petition for writ of mandamus filed by **JEREMIE GLEN TENNISON**, who is the relator in Cause No. F1421200, pending on the docket of the 420th Judicial District Court of Nacogdoches County, Texas. Said petition for writ of mandamus having been filed herein on September 26, 2016, and the same having been duly considered, because it is the opinion of this Court that a writ of mandamus should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DENIED**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*